**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MELISSA BERNAZZANI,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | |
| | ) | **JURY DEMAND** |
| **SOLKOA, INC.** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## COMPLAINT

## I. JURISDICTION

1. This is a suit authorized and instituted pursuant to Sex Discrimination and Sexual Harassment under Title VII of the Civil Rights Act of 1964, as amended. The jurisdiction of this Court is invoked to secure protection for and to redress the deprivation of rights secured by Title VII.

## II. PARTIES

2. Plaintiff, Melissa Bernazzani (hereafter "Plaintiff" or "Bernazzani"), is a female citizen of the United States and is a resident of Enterprise, Alabama.

3. Defendant, SOLKOA, Inc., (hereafter "SOLKOA" or "Defendant") is a foreign corporation doing business in the state of Alabama. At all times relevant to this action, Defendant has maintained and operated a business in Alabama.

## III. ADMINISTRATIVE PROCEDURES

4. Plaintiff brings this action for the unlawful employment practices, acts of intentional discrimination and negligent and wanton hiring, training, supervision that occurred at Fort Novosel, AL located in Samson, AL.

5. This action seeks to redress unlawful employment practices resulting from the acts of Defendant, its agents, servants, and employees committed with respect to Plaintiff's employment and for a permanent injunction restraining Defendant from maintaining a habit and/or practice of discriminating against the Plaintiff and others similarly situated on account of sex.

6. Defendant is engaged in an industry affecting commerce and has fifteen (15) or more employees and are employers within the meaning of 42 U.S.C. § 2000e(b)(g) and (h).

7. On April 17, 2024, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (hereinafter "EEOC") (Exhibit A).

8. On July 17, 2024, within 180 days of the last discriminatory act of which Plaintiff complains, Plaintiff filed an Amended Charge of Discrimination with the Equal Employment Opportunity Commission (hereinafter "EEOC") (Exhibit B).

9. On June 30, 2026, Plaintiff's First Notice of Right to Sue for her first EEOC charge was issued by the EEOC, and Plaintiff has filed suit within ninety (90) days of issuance of her Notice of Right to Sue (Exhibit C).

10. On July 9, 2026, Plaintiff's Second Notice of Right to Sue for her second EEOC charge was issued by the EEOC, and Plaintiff has filed suit within ninety (90) days of issuance of her Notice of Right to Sue (Exhibit D).

11. All administrative prerequisites for filing suit have been satisfied, and Plaintiff is entitled to bring this action.

## IV. FACTS

12. Bernazzani is a forty-six (46) year old female.

13. Bernazzani began working for SOLKOA in August 2021.

14. SOLKOA is owned by Colorado resident, Barton Combs.

15. SOLKOA receives federal funding from the Department of Defense to provide educational instruction to military personnel. SOLKOA provides SERE-C instruction to students in "SERE school." SERE stands for Survival, Evasion, Resistance, and Escape.

16. Bernazzani took and passed the Army SERE-C instructor course after approximately five months of training at Fort Novosel, AL.

17. Beginning in February 2022, Bernazzani conducted "role-play resistance instruction" to SERE school candidates.

18. In 2022, Bernazzani worked with fellow instructor Shuler McKenzie ("McKenzie") in performing assigned instructor roles.

19. While working the night shift on November 29, 2022, Bernazzani and

McKenzie were assigned to work together. McKenzie was assigned to perform the "senior role" and Bernazzani was assigned to perform the "support role."

20. McKenzie did not want Bernazzani to perform the support role. McKenzie attempted to convince his supervisor, Carl Martin ("Martin"), to remove her from the role but was unsuccessful. McKenzie accused Bernazzani of lying about her qualifications to get the role. McKenzie said, "No offense but someone like you is not capable of doing this job."

21. Bernazzani attempted to respond to his accusation of lying, when abruptly, McKenzie raised his hand to her mouth and told her "shush" and to "stop getting emotional."

22. Later, in a building known as the Benjamin Complex ("BC" or "BC building"), McKenzie and Bernazzani were in the breakroom, when abruptly, McKenzie rifled through Bernazzani's belongings and then fled.

23. The next day, November 30, 2022, Bernazzani sent a text to her supervisor, Sarah Mayes ("Mayes"), to talk about the incident the night before. On the call, Bernazzani informed Mayes of the treatment from McKenzie and complained that his behavior was discriminatory based on her sex. Mayes responded, "McKenzie has a history of sexist behavior." During the conversation, Mayes told Bernazzani her plans to: 1) request a write-up from McKenzie's supervisor regarding the incident; 2) meet with McKenzie and his supervisor due to

his history of discrimination against women in the workplace; and 3) to reveal that this history of discrimination against women would include Mayes herself.

24. On December 5, 2022, Mayes, McKenzie, Martin, and Bernazzani met in the BC breakroom. The meeting focused on the discriminatory behavior from McKenzie on November 29, 2022. McKenzie denied treating Bernazzani in a sexist manner and began screaming and slamming his hands on the table. Bernazzani and Mayes left the meeting due to McKenzie's violent outbursts.

25. After leaving the meeting, Bernazzani told Mayes she was afraid of McKenzie retaliating against her. Bernazzani sent Mayes the requested write up she suggested via email and text.

26. On January 12, 2023, Instructor Rick Bigelow ("Bigelow") told Bernazzani to go to the "Yard" to watch McKenzie give training.

27. Bigelow yelled to McKenzie, "A female instructor" is going to join.

28. McKenzie retorted, "I love all females." But when he saw Bernazzani as "the female instructor," he became aggressive and screamed, "hell no, send it back" and "heifer."

29. There were several witnesses in the yard to this incident ("yard incident"): Bigelow, Eric Kellog ("Kellog"), Tristan Vaughn, David Perkins, Russell Lloyd, and Brandon Hammond.

30. Mayes asked Bernazzani for a statement. Mayes assured Bernazzani

that McKenzie would not be a trainer any longer due to his behavior. Supervisor, Angel Quinones ("Quinones") took over as McKenzie's supervisor and Mayes discussed his behavior with him. Mayes told Bernazzani, "McKenzie is done and you will not need to worry about him anymore."

31. On January 19, 2023, Bernazzani met with SERE Psychologist, Dr. Carol Fowler with Human Factors. Human Factors are doctors and psychologists that evaluate SERE employees/instructors mental health statuses. Bernazzani discussed the stress and anxiety from McKenzie's harassment and retaliation. Fowler informed her that Mayes would help because she herself had issues with McKenzie in the past. Dr. Fowler remarked that there had been many complaints about McKenzie's sexist behavior in the past.

32. In late 2023, Bernazzani was in the break area during Pre Academic Lab ("PreAl") having a conversation with Kari Brenner ("Brenner"). During this conversation, McKenzie yelled, "hey whore!" Brenner and Bernazzani looked over at him in shock. For a second time, he yelled, "hey whore!" Brenner replied, "Are you talking to me?" He responded, "Yes, whore, I'm talking to you!" He began laughing at which point Brenner said, "excuse me?" And remarked how inappropriate it was for him to call Brenner a whore.

33. In late November 2023, Bernazzani was speaking to Barb Markow ("Markow") in the BC bay building. McKenzie yelled for Markow but she waved

him off because he was interrupting the conversation. He walked in between Bernazzani and Markow and said "you (Markow) are talking to nobody." McKenzie grabbed Markow's arm and tried to pull her to walk with him. She said, "I will talk to you when I'm done." He stormed off and walked out the back door.

34. In late 2023, during a meeting, Resistance Training Manager Wes Reed ("Reed") informed the group that new employee will be joining the group. McKenzie interrupted and asked, "Is she a female," and is she "good looking" while laughing.

35. On November 5, 2023, before her PreAl shift and brief, Bernazzani was traveling down the gravel road leading to the training area, known as "A block". Before reaching the end of the road, McKenzie pulled his truck facing Bernazzani's vehicle. He drove towards Bernazzani while looking in her direction. Bernazzani turned to avoid a collision and went off the road nearly hitting trees. McKenzie stopped then turned towards Bernazzani. She quickly maneuvered her car to avoid him for a second time.

36. Bernazzani parked and then sat in her car for about 10 minutes trying to slow her breathing down. When she was finally able to stop shaking, she informed Mayes about the incident. Mayes reported the incident to Reed. Reed scolded Bernazzani for reporting and complaining about McKenzie. Reed stated, "It's your word against his." Bernazzani told Reed that she did not feel safe working around

McKenzie and that if he did not remedy the situation, she wanted to go home. Reed said, "No because 11 people have already called out today."

37. SERE Program Manager, Duane "Dash" Haun ("Haun"), asked Bernazzani about McKenzie and the incident. Reed soon followed and apologized to Bernazzani for the way he talked to her earlier. Haun walked with Bernazzani to view the gravel road where the incident occurred. Haun told Bernazzani that he could not help her.

38. Bernazzani told Haun she was afraid of McKenzie.

39. After her work shift ended, Bernazzani reported the driving incident with McKenzie to the police on base at the Military Police Station. A federal investigation was conducted. McKenzie was charged with Harassment and Reckless Endangerment. SOLKOA was informed of the charges.

40. Around November 5, 2023, Haun called Bernazzani and stated that he believed her because he had incidents with McKenzie in the past.

41. Around November 8, 2023, while taking laundry to the BC laundry room, Bernazzani suffered a panic attack in fear of being around McKenzie. She told Mayes about the panic attack and requested to go home. The following day Bernazzani took off work due to the stress from McKenzie's harassment.

42. Between November 5 - December 15, 2023, McKenzie constantly attempted to bump into Bernazzani, interrupt conversations she had with co-

workers, and stand in her path blocking her from walking. All in an effort to harass and intimidate her.

43. On November 26, 2023, Bernazzani was assigned to “A block”. McKenzie made the decision to train an employee in her block. This was out of McKenzie’s scope for that day. He was originally assigned to work in a different position and area for that day.

44. Bernazzani told Mayes that McKenzie was too close and should be working in a different area. Mayes told her to stop complaining and that it was not an issue for him to work in her area. Bernazzani told Mayes that he encouraged her to complain if McKenzie came near her.

45. Later during the work shift, Mayes came back to Bernazzani’s area and escorted McKenzie away. Mayes and McKenzie walked away talking and laughing about the situation. Bernazzani told Mayes that her response was inappropriate considering her complaints of sexual harassment regarding McKenzie. Mayes said that McKenzie’s supervisor approved him to train students in Bernazzani’s area for that day.

46. Around December 15, 2023, SOLKOA held its’ Christmas party. Haun called out names of raffle prize winners and Bernazzani’s name was called for a prize. When she walked up to receive her prize, McKenzie was standing blocking her path. There was no clear path to walk around him, causing Bernazzani

to turn around and walk back to her seat.

47. On January 3, 2024, Sgt. Gervacio ("Gervacio") informed Bernazzani that Human Factors — psychological counselors for SERE students — is aware of McKenzie's aggression towards her. Specifically, Gervacio referenced his behavior at the Christmas party a few weeks earlier.

48. Around January 3, 2024, Bernazzani was working in the supply office, when Haun asked to talk to her outside. Haun asked if she had updates regarding the police report she filed against McKenzie. Haun said an investigator spoke to him and Mayes. He mentioned the Yard incident and said that no one supported her side of the story, only McKenzie's. He stated no SOLKOA supervisors talked to McKenzie about the complaint or told him to stay away from her. He went on to say, "at this point it's your word against his," and "there's nothing we can do for you." Bernazzani told Haun about the recent "A block" incident with McKenzie. Haun said he was not aware of it but to report directly to him if McKenzie came close to her.

49. On January 12, 2024, Instructor Kellog told Bernazzani via text message that he gave a statement to Mayes, detailing McKenzie's harassing behavior during the Yard incident.

50. In January 2024, Instructor Bobby Jones ("Jones") told Bernazzani that he overheard McKenzie and Instructor, Josh Carter ("Carter") "talking shit"

about her and were "planning something." Jones told her to "watch her back." Carter had been previously fired for exposing himself to female employees, then rehired approximately a year later. He was fired in the Spring of 2024 for sexually harassing, co-worker, Karen Raines.

51. On January 30, 2024, McKenzie stood close to Bernazzani once again, coming within a couple of feet of her person.

52. On February 2, 2024, during a Peacetime Governmental Detention ("PGD") briefing, McKenzie said that Bernazzani "has a small penis!"

53. On February 13, 2024, Reed called Bernazzani and said McKenzie filed a grievance against her for an alleged incident that occurred on January 30, 2024, and requested her to write a statement outlining the events of that day.

54. On February 28, 2024, Bernazzani went to heat up food in the microwave. McKenzie put his coffee mug in front of the microwave preventing Bernazzani from opening the microwave. Mayes removed the coffee mug from her path.

55. On February 29, 2024, Bill Mehm ("Mehm") and McKenzie were supervising and observing Bernazzani's work performance. Mehm said he would evaluate her work performance but had something else to do and someone else would have to evaluate her. Consequently, McKenzie evaluated her work performance. After her shift ended, Bernazzani texted Haun and complained that

McKenzie's evaluation of her performance was inappropriate because of his sexual harassment. Bernazzani told Haun that if McKenzie would now be her supervisor, that she wanted to be moved to a different section. Haun retorted, "I know about the supervision and you will not be moved."

56. On March 1, 2024, Kellog told Bernazzani no SOLKOA representative ever interviewed him about the statement he gave a few month prior, regarding McKenzie's harassment from the yard incident.

57. On March 6, 2024, an attorney representing Bernazzani sent a letter to SOLKOA requesting that the company stop retaliating against her.

58. On March 6, 2024, an attorney from the Alabama Judge Advocate Generals' office, requested to meet with Bernazzani and interview her about the car incident with McKenzie, based on the police report from November 2023.

59. On March 6, 2024, Haun, Reed, and Mayes called Bernazzani into the BC break room for a meeting. Haun told Bernazzani that she needed to stop complaining and that he would no longer accept her complaints. Haun emphatically said that, "I do not believe your inaccurate complaints." Additionally, he said, "You should stop saying that the Yard and Car incidents happened." Haun would go on to say that he investigated and McKenzie did nothing wrong. Further, he said there were no witnesses to support Bernazzani. Despite these emphatic denials from Haun, he would later tell Bernazzani that McKenzie apologized to

him for the Yard incident.

60. Haun continued by saying that, "calling women derogatory names is no big deal and you should just deal with it and get over it."

61. Mayes chimed in and said that Haun was correct. Haun commented that there is a video showing Bernazzani laughing at work and that this would confirm she is not afraid of McKenzie.

62. Haun admitted that he has not made any efforts to put Bernazzani away from the supervision of McKenzie because "nothing even happened." Reed interjected and said that, he (Reed) had been trying to keep McKenzie away from her and that everyone knows not to put them on the schedule together. Haun was visually perturbed by Reed's comment. When Bernazzani tried to speak during this meeting, Haun was speaking over her or tell her to stop talking.

63. On March 7, 2024, Bernazzani met with Maj. Brandon Herrera ("Herrera") to discuss the incidents of sexual harassment, discrimination, and retaliation from McKenzie and SOLKOA. Hererra gave her a work excuse to take the rest of the day off. On March 8, 2024, Herrera texted saying he would investigate the harassment and follow up with her.

64. On March 10, 2024, Bernazzani took PTO from the stress of harassment and discrimination. That same day, she filed a complaint online with the Office of Federal Contract Compliance Programs (the "OFCCP"). The OFCCP

responded telling her to contact the EEOC.

65. On March 12, 2024, Bernazzani met with an attorney in the JAG office at Ft. Novosel. Bernazzani informed the attorney about SOLKOA trying to intimidate her from talking about the harassment. He suggested she obtain a protective order from the local sheriff's office.

66. On March 12, 2024, Bernazzani met with the Equal Employment Opportunity representative at Ft. Novosel to report the harassment, discrimination, and retaliation from SOLKOA. The representative said that they do not get involved with civilians who have complaints against federal contractors. The representative referred her to the Department of Labor.

67. On March 13, 2024, Reed apologized for the meeting the previous week held with Haun and Mayes. Reed told her he knew what it was like to have panic attacks and that he would keep McKenzie away from her. Around 2:30 p.m., Bernazzani walked to her car to go home. McKenzie was parked next to her and standing by her car. He began laughing and talking to a fellow co-worker and staring at Bernazzani. She turned around went to the office and asked someone to walk her to her car. An employee from the office, Mickey Ross, walked her to her car. McKenzie walked around to the passenger side of his car and was glaring at her through the window.

68. Bernazzani went to the police station to obtain a protective order. The

police station did not issue one, because it did not think it had jurisdiction over the matter. She then called the Military Police who recommended she go the Equal Employment Opportunity rep at Fort Novosel. She took their advice and the EEO office said they cannot assist with federal contractors. Therefore, Bernazzani went to the EEOC.

69. On March 14, 2024, Jermaine Sanders ("Sanders") from Human Factors approached Bernazzani and asked if she was okay. Bernazzani responded "no", because McKenzie was still harassing her and the SOLKOA leadership was doing nothing to keep him away from her. Sanders responded that SOLKOA is keeping McKenzie away from her. Bernazzani told him that is not true and informed Sanders of McKenzie's behavior the day before in the parking lot.

70. On March 14, 2024, Mehm observed Bernazzani's round with a student, without her knowledge. After her round, he walked to her hut with a yellow legal pad filled with notes from observing the round. She told him that she would be more comfortable if another person was in the room, to witness the meeting. Bernazzani left to ask Perkins if he would sit in the meeting. Mehm became very angry and asked her, "Are you accusing me of something." Bernazzani told him that, that's just what she would like to happen to feel comfortable. Perkins came in the room and stood by the corner. Mehm was very unprofessional and stormed out of the room.

71. Later that day, Instructor and Lead Trainer, Brooke Kohler approached Bernazzani and said, "I am concerned about bad rumors I am hearing about you from Mehm." And said, "she wanted to really know what is going on." Bernazzani said she is not okay, because SOLKOA leadership was not doing anything to protect her but was instead disparaging her. Kohler said she wanted to know more details but Bernazzani did not want to talk because of the surveillance cameras. On March 15, 2024, Bernazzani went to the BC Complex PGD, when she entered the room she heard Mehm and Darren were in a conversation, she overheard them saying, "Remember that female instructor that used to work here that lied about saying, 'they won't listen to me, they won't listen to what I'm saying." Bernazzani left the room and came back later that morning, the same men were in the room and said, "you can say anything you want to someone if you preface it by saying "no offense, but..."

72. On March 18, 2024, Haun sent a text message to Bernazzani requesting her to call him. She called him. During the call, Haun offered to move her to the academics section. Haun acknowledged that there had been harassment.

73. Bernazzani corresponded with Kellogg via text. He told her he gave Mayes a statement the day he witnessed McKenzie's inappropriate behavior and disparaging remarks to her regarding the Yard incident. Dash nor any other SOLKOA supervisor followed up with Kellogg.

74. On March 20, 2024, Reed and Mayes met Bernazzani in the break room of the Benjamin Complex. Both apologized to Bernazzani about the last meeting. Reed and Mayes gave Bernazzani assurances that they will keep her and McKenzie apart on the work schedule. Bernazzani told them the last meeting was Haun's way of intimidating her from speaking about harassment and discrimination. Reed and Mayes admitted that Haun had no intention of hearing her complaints. Bernazzani would go on to tell them: 1) McKenzie has a pending criminal charge; 2) SOLKOA knew this as early as November 30, 2024; 3) McKenzie waited for her by her car in the parking lot; and 4) it was inappropriate for them to allow McKenzie to work in the same vicinity as her. Reed offered to move Bernazzani to academics to relieve her from the stress and anxiety of working around McKenzie.

75. On March 20, 2024, OFCCP called Bernazzani and told her she should take her report of harassment and discrimination to the Department of Labor.

76. The following day, March 21, 2024, Bernazzani was walking along with other instructors toward the camp gate as their shift had ended. Haun was waiting for her outside the camp gate. Standing behind a truck in the tree line he motioned towards her and said, "come over here, you don't want them to hear your business." Meaning he didn't want the other instructors to hear what he was about

to say to her. Bernazzani rejected his offer to go behind the truck, wanting to remain visible to any witnesses for what she feared Haun may do or say to her. All the instructors drove away from the premises, with the exception of Reed and Mayes. They both stood off to the side and did not speak. Haun asked if Bernazzani "wanted mediation" with McKenzie. Haun became frustrated when she said that mediation did not work the first time.

77. Haun told Bernazzani he had done everything he could for her but his investigation resulted in no wrongdoing from McKenzie. Bernazzani responded by saying that she was sick of him: 1) pretending like he took her complaints seriously; 2) ambushing her when discussing McKenzie; 3) talking to her poorly; 4) taking things out of context; 4) gaslighting her; and 5) pretending to keep McKenzie away from her.

78. Haun responded by saying, "All you want is Mack fired, but he hasn't done anything to you." "Mack is extremely professional, safe with students, and you are wrong for saying otherwise." Haun went on to add, "the 'client' approves of the 'product' Mack provides and Mack is what 'they' want." Haun continued to say that Mack, "did the right thing," making an investigation unnecessary. Haun repeatedly told Bernazzani that she is never satisfied and unreasonable. Bernazzani replied saying that SOLKOA needs policies and procedures to ensure that investigations are held by a neutral employee, so complaints are not ignored (Haun

is the EO rep for SOLKOA). Haun told her, "Nothing is ever good enough for you." Bernazzani ended the conversation by saying that she would not keep her quiet about being discriminated and harassed like the others (pointing to Reed and Mayes).

79. On April 7, 2024, Bernazzani was working on the B Block alone while other instructors were in their huts. Haun approached Bernazzani. Bernazzani asked him, "Is there anything I can help you with?" Haun sat down next to Bernazzani. Haun's leg was touching hers and asked, "Does that bother you?" Bernazzani stood up and proceeded with her duties. Haun stood up and as instructors came out of their huts, he walked away.

80. On March 10, 2024, McKenzie was sent home for sexually harassing another female instructor named, Brooke Kohler. Per Kohler, McKenzie did not want to work with her because she is a woman. Haun told Kohler, "there is nothing I can do about McKenzie."

81. On April 17, 2024, Reed told Bernazzani she would be moving to Academics soon and they are waiting on Haun's approval.

82. On April 25, 2024, SOLKOA received formal notice from the Department of Labor and a letter from Bernazzani's attorney concerning her EEOC charge outlining harassment, discrimination, and retaliation. SOLKOA received a written timeline of her claims of discrimination.

83. In May 2024, Haun increased scrutiny of Bernazzani's performance. On one occasion, Bernazzani caught Haun watching recordings of her work performance in the Benjamin Complex.

84. On May 1, 2024, Instructor Mickey Ross told Bernazzani that Haun was asking him why his name appeared in her EEOC charge and corresponding timeline. Ross said Haun told him to email a statement with his position. Ross seemed worried he would be fired.

85. From May 1 through June 13, 2024, Mayes left Bernazzani off of the work schedule multiple times. This had not happened before. This created uncertainty for Bernazzani as she did not know when she would be able to work to provide for her family.

86. At SOLKOA, instructors receive what is known as a "downcycle." A downcycle is a one to two week period of off time instructors have annually. A downcycle is government mandated time off. In 2024, Bernazzani's downcycle was scheduled for May 5 – May 17. This would require Bernazzani to be out of her role as a SERE instructor and have no contact with students. However, around May 5, 2024, Mayes abruptly cancelled Bernazzani's downcycle. Upon information and belief, Mayes cancelled her downtime in retaliation for filing her EEOC charge of discrimination.

87. Multiple instructors, namely Joe Mesher, told Bernazzani that Mayes

allows him to take days off during half days without having to use PTO or unpaid time off . Bernazzani had to take eight hours off even if she had to make a doctor's appointment.

88. On May 10, 2024, Ross told Bernazzani that Haun spoke with him about his statement in response to the EEOC charge. Haun read the charge and wanted Ross to provide more specific details. Haun began asking Ross if he actually completed SERE training qualifying him to be a SERE instructor.

89. On May 14, 2024, Instructor Bobby Jones admitted to Bernazzani that he complained to Haun about aggressive and threatening behavior from McKenzie. Haun responded by saying that McKenzie is the kind of instructor SOLKOA wanted and that he would not stop his inappropriate behavior.

90. Around May 16, 2024, Haun called and requested various instructors give interviews and statements in response to Bernazzani's EEOC charge. Haun told instructors to "either give a statement or opt out of the EEOC investigation."

91. On May 19, 2024, Bernazzani reported a serious violation committed by a SERE student. She reported the violation to Instructor Bigelow, Mayes, and Sergeant First Class Morris.

92. On May 21, 2024, SFC Morris spoke with Bernazzani and told her that SOLKOA was choosing not to punish the student, despite their review of video showing inappropriate behavior.

93. On May 28, 2024, Haun held a meeting with all supervisors to discuss what he called all the "legal issues" SOLKOA was facing.

94. On May 29, 2024, Bernazzani filed a report with the Department of Labor about SOLKOA committing wage violations.

95. The following day, May 30, 2024, Bernazzani discovered that she was not on the schedule again.

96. On May 31, 2024, a co-worker Brandon Hampson texted Bernazzani, saying that "rumors were going around that she (Bernazzani) experienced retaliation and harassment from Haun."

97. On June 2, 2024, Bernazzani asked Quinones to have another assignment away from McKenzie. He placed her on table duty which consists mostly of paperwork.

98. On June 4, 2024, SOLKOA sent a "Command Survey" to personnel to complete. Bernazzani completed the form and addressed her concerns about SOLKOA's lack of policies and procedures to ensure discrimination, harassment, and retaliation do not occur in the workplace.

99. On June 4, 2024, Bernazzani emailed Combs, Haun, Reed, and Mayes. In the email, she complained that her lack of support regarding the reported student violation was retaliation for her previous complaints of discrimination.

100. On June 7, 2024, Bernazanni emailed Combs, Haun, Reed, and Mayes

about the retaliation and hostile incident she experienced at the PGD building, along with a summary of the incident.

101. On June 12, 2024, Haun and Mayes told Bernazzani to take unpaid leave for the days that she is not on the work schedule. Bernazzani sent a group text for discussing the treatment she was receiving from supervisors concerning her timecard.

102. In or around June 12-13, 2024, Bernazzani complained to Haun and Combs, via email and text that SOLKOA was failing to pay employees Paid Sick Leave and Paid Time Off under the Service Contract Act and the Fair Labor Standards Act.

103. On June 13, 2024, Mayes changed SOLKOA's PTO policy. The new policy was that Operations weeks with students, must take 10 hours of PTO for any days taken off for that week. Bernazzani responded to the policy with concerns of not being compensated for overtime. Mayes responded by texting that SOLKOA does not have overtime. Bernazzani sent Mayes the Department of Labor Service Contract Act requirements.

104. On June 14, 2024, Combs responds to Bernazzani's emailed complaint of retaliation she sent in or around June 12-13, 2024.

105. Approximately 41 minutes later, Combs sends another email to Bernazzani a letter of termination stating that SERE leadership requested her

firing.

106. After Bernazzani's firing, she filed a formal complaint with the Department of Labor for Wage and Hour violations.

107. A Department of Labor investigation into Bernazzani's claims was conducted in the summer of 2024.

108. The result of the investigation required Combs to pay back wages totaling $265,336.78 to 94 employees, including Bernazzani.

109. In late 2024, Bernazzani filed for unemployment benefits with the State of Alabama. She began receiving unemployment payments in late 2024.

110. In January 2026, the State of Alabama told Bernazzani they were investigating her for fraudulently claiming unemployment.

111. The State of Alabama stated that SOLKOA listed Bernazzani as "re-hired."

112. The State of Alabama terminated Bernazzani's benefits.

113. After an investigation by Bernazzani, when SOLKOA repaid the back wages to the 94 employees — including Bernazzani — it entered the employee information into a "payment portal" with the State of Alabama. SOLKOA took this opportunity to enter Bernazzani as "re-hired," and submit her back wages and classify them as her then current paycheck, although she had been fired months earlier. The same date SOLKOA was ordered to login to the portal and re-pay the

backwages, was, the same day it logged into the portal and labeled Bernazzani as re-hired.

114. By verbal admission of the State of Alabama Unemployment Office, SOLKOA verbally confirmed when asked that it had re-hired Bernazzani, when in reality, this is a complete falsehood.

## V. STATEMENT OF PLAINTIFF'S CLAIMS

### COUNT ONE
### PLAINTIFF'S CLAIMS OF SEXUAL HARASSMENT HOSTILE WORK ENVIRONMENT -DISPARATE TREATMENT

115. Bernazzani is a forty-six (46) year old female.

116. Bernazzani began working for SOLKOA in August 2021.

117. SOLKOA is owned by Colorado resident, Barton Combs.

118. Beginning in February 2022, Bernazzani conducted "role-play resistance instruction" to SERE school candidates.

119. In 2022, Bernazzani worked with fellow instructor McKenzie ("McKenzie") in performing assigned instructor roles.

120. While working the night shift on November 29, 2022, Bernazzani and McKenzie were assigned to work together. McKenzie was assigned to perform the "senior role" and Bernazzani was assigned to perform the "support role."

121. McKenzie did not want Bernazzani to perform the support role. McKenzie attempted to convince his supervisor, Martin to remove her from the role

but was unsuccessful. McKenzie accused Bernazzani of lying to get the role.

122. Bernazzani attempted to respond to his accusation of lying, when abruptly, McKenzie raised his hand and told her to "hush" and "stop getting emotional."

123. Later, in the BC building, McKenzie and Bernazzani were in the breakroom, when abruptly, McKenzie rifled through Bernazzani's belongings and then fled.

124. The next day, November 30, 2022, Bernazzani sent a text to supervisor Mayes to talk about the incident the night before. On the call, Bernazzani informed Mayes of the treatment from McKenzie and complained that his behavior was discriminatory based on her sex. Mayes responded, "McKenzie has a history of sexist behavior." During the conversation, Mayes told Bernazzani her plans to 1) request a write-up from McKenzie's supervisor regarding the incident and 2) meet with McKenzie and his supervisor due to his history of discrimination against women in the workplace and 3) this history of discrimination against women would include Mayes herself.

125. On December 5, 2022, Mayes, McKenzie, Martin, and Bernazzani met in the Benjamin Complex breakroom. The meeting focused on the discriminatory behavior from McKenzie on November 29, 2022. McKenzie denied treating Bernazzani in a sexist manner began screaming and slamming his hands on the table.

Bernazzani and Mayes left the meeting due to McKenzie's violent outbursts.

126. After leaving the meeting, Bernazzani told Mayes she was afraid of McKenzie retaliating against her. Bernazzani sent Mayes the requested write up she suggested via email and text.

127. On January 12, 2023, Bigelow told Bernazzani to go to the "Yard" to watch McKenzie give training.

128. Bigelow yelled to McKenzie, "A female instructor" is going to join.

129. McKenzie retorted, "I love all females." But when he saw Bernazzani as "the female instructor," he became aggressive and screamed, "hell no, send it back" and "heifer."

130. There were several witness in the yard to this incident: Bigelow, Eric Kellog, Tristan Vaughn, David Perkins, Russell Lloyd, and Bradon Ammons.

131. Mayes asked Bernazzani for a statement. Mayes assured Bernazzani that McKenzie would not be a trainer any longer due to his behavior. Quinones took over as McKenzie's supervisor and Mayes discussed his behavior with him. Mayes told Bernazzani, "McKenzie is done and you will not need to worry about him anymore."

132. On January 19, 2023, Bernazzani met with SERE Psychologist, Dr. Fowler with Human Factors. Bernazzani discussed the stress and anxiety from McKenzie's harassment and retaliation. Dr. Fowler informed her that Mayes would

help because she herself had issues with McKenzie in the past. Dr. Fowler remarked that there had been many complaints about McKenzie's sexist behavior in the past.

133. Late 2023, Bernazzani was in the break area during PreAl having a conversation with Brenner. During this conversation, McKenzie yelled, "hey whore!" Brenner and Bernazzani looked over at him in shock. For a second time, he yelled, "hey whore!"

134. Brenner replied, "Are you talking to me?" He responded, "Yes, whore, I'm talking to you!" He began laughing at which point Brenner said, "excuse me?" And remarked how inappropriate it was for him to call Brenner a whore.

135. In late 2023, Bernazzani was speaking to Barb Markow in the BC bay building. McKenzie yelled for Markow but she waved him off because he was interrupting the conversation. He walked in between Bernazzani and Markow and said "you (Markow) are talking to nobody." McKenzie grabbed Markow's arm and tried to pull her to walk with him. She said, "I will talk to you when I'm done." He stormed off and walked out the back door.

136. In late 2023, during a meeting, Reed informed the group that a new employee will be joining the group. McKenzie interrupted and asked, "Is she a female," and is she "good looking" while laughing.

137. On November 5, 2023, before her PreAl shift and brief, Bernazzani was traveling down the gravel road leading to the training area known as "A block".

Before reaching the end of the road, McKenzie pulled his truck facing Bernazzani's vehicle. He drove towards Bernazzani while looking in her direction. Bernazzani turned to avoid a collision and went off the road nearly hitting trees. McKenzie stopped then turned towards Bernazzani. She quickly maneuvered her car to avoid him for a second time.

138. Bernazzani parked and then sat in her car for about 10 minutes trying to slow her breathing down. When she was finally able to stop shaking, she informed Mayes about the incident. Mayes reported the incident to Reed. Reed scolded Bernazzani for reporting and complaining about McKenzie. Reed stated, "It's your word against his." Bernazzani told Reed that she did not feel safe working around McKenzie and that if he did not remedy the situation, she wanted to go home. Reed said, "No because 11 people have already called out today."

139. Haun asked Bernazzani about McKenzie and the incident. Reed soon followed and apologized to Bernazzani for the way he talked to her earlier. Haun walked with Bernazzani to view the gravel road where the incident occurred. Haun told Bernazzani that he could not help her because there were no witnesses and it was her word against his.

140. Bernazzani told Haun she was afraid of McKenzie. Haun asked Bernazzani if he separated she and McKenzie, if she would be able to stay. Bernazzani agreed to that proposed arrangement.

141. After her work shift ended, Bernazzani reported the driving incident with McKenzie to the police on base at the Military Police Station. A federal investigation was conducted. McKenzie was charged with Harassment and Reckless Endangerment. SOLKOA was informed of the charges.

142. Around November 5, 2023, Haun called Bernazzani and stated that he believed her because he had incidents with McKenzie in the past.

143. Around November 8, 2023, while taking laundry to the Benjamin Complex laundry room, Bernazzani suffered a panic attack in fear of being around McKenzie. She told Mayes about the panic attack and she requested to go home for the rest of the shift. Reed spoke to Bernazzani saying that he would ensure that McKenzie would not come near here again. And to report to him if McKenzie came near her again. The following day Bernazzani took off work due to the stress from McKenzie's harassment.

144. Between November 5 - December 15, 2023, McKenzie constantly attempted to bump into Bernazzani, interrupt conversations she had with co-workers, and stand in her path blocking her from walking. All to harass and intimidate her.

145. On November 26, 2023, Bernazzani was assigned to what is known as "A block". McKenzie made the decision to train an employee in her block. This was out of McKenzie's scope for that day. He was assigned to work in a different

position and area for that day.

146. Bernazzani told Mayes that McKenzie was too close and should be working in a different area. Mayes told her to stop complaining and that it was not an issue for him to work in her area. Bernazzani told Mayes that she was ensured that he would not be around her and was encouraged to complain if he came near her.

147. Later during the work shift, Mayes came back to Bernazzani's area and escorted McKenzie away. Mayes and McKenzie walked away talking and laughing about the situation. Bernazzani told Mayes that her response was inappropriate considering her complaints of sexual harassment regarding McKenzie. She said that McKenzie's supervisor approved him to train students in my area for that day.

148. Around December 15, 2023, SOLKOA held its' Christmas party. Haun called out names of raffle prize winners. Bernazzani's name was called for a prize. When she walked up to receive her prize, McKenzie was standing blocking her path. There was no clear path to walk around him, causing Bernazzani to turn around and walk back to her seat.

149. On January 3, 2024, Sgt. Gervacio informed Bernazzani that Human Factors — psychological counselors for SERE students — is aware of McKenzie's aggression towards her. Specifically, Gervacio referenced his behavior at the

Christmas party a few weeks earlier.

150. Around January 3, 2024, Bernazzani was working in the supply office when Haun asked to talk to her outside. Haun asked if she heard about updates regarding the police report she filed against McKenzie. He said that an investigator spoke to him and Mayes. He mentioned the Yard incident and said that no one supported her side of the story, only McKenzie's. He stated no SOLKOA supervisors talked to McKenzie about the complaint or told him to stay away from her. He went on to say, "at this point it's your word against his," and "there's nothing we can do for you." Bernazzani told Haun about the recent "A block" incident with McKenzie. Haun said he was not aware of it but to report directly to him if McKenzie came close to her.

151. On January 12, 2024, Instructor Kellog told Bernazzani via text message that he gave a statement to Mayes, detailing McKenzie's harassing behavior during the Yard incident.

152. In January 2024, Instructor Jones told Bernazzani that he overheard McKenzie and Carter "talking shit" about her and were "planning something." Jones told her to "watch her back." Carter had been previously fired for exposing himself to female employees, then rehired approximately a year later. He was fired in the Spring of 2024 for sexually harassing, co-worker, Karen Raines.

153. On January 30, 2024, McKenzie stood close to Bernazzani once

again, coming within a couple of feet of her person.

154. On February 2, 2024, during a PGD briefing McKenzie commented that Bernazzani "has a small penis!"

155. On February 13, 2024, Reed called Bernazzani and said McKenzie filed a grievance against her for an alleged incident that occurred on January 30, 2024 and requested her to write a statement outlining the events of that day.

156. On February 28, 2024, Bernazzani went to heat up food in the microwave. McKenzie put his coffee mug in front of the microwave preventing Bernazzani from opening the microwave. Mayes removed the coffee mug from her path.

157. On February 29, 2024, Mehm and McKenzie were supervising and observing Bernazzani's work performance. Mehm said he would evaluate her work performance but had something else to do and someone else would have to evaluate her. Consequently, McKenzie evaluated her work performance. After her shift ended, Bernazzani texted Haun and complained that McKenzie's evaluation of her performance was inappropriate because of his sexual harassment. Bernazzani told Haun that if McKenzie would now be her supervisor, that she wanted to be moved to a different section. Haun retorted, "I know about the supervision and you will not be moved."

158. On March 1, 2024, Kellog told Bernazzani no SOLKOA

representative ever interviewed him about the statement he gave a few month prior, regarding McKenzie's harassment from the yard incident.

159. On March 6, 2024, an attorney representing Bernazzani sent a letter to SOLKOA requesting that the company stop retaliating against her.

160. On March 6, 2024, an attorney from the Alabama JAG office, requested to meet with Bernazzani and interview her about the car incident with McKenzie, based on the police report from November 2023.

161. On March 6, 2024, Haun, Reed, and Mayes called Bernazzani into the BC break room for a meeting. Haun told Bernazzani that she needed to stop complaining and that he would no longer accept her complaints. Haun emphatically said that, "I do not believe your inaccurate complaints." Additionally, he said, "You should stop saying that the Yard and Car incidents happened." Haun would go on to say that he investigated and McKenzie did nothing wrong. Further, he said there were no witnesses to support Bernazzani. Despite these emphatic denials from Haun, he would later tell Bernazzani that McKenzie apologized to him for the Yard incident.

162. Haun continued by saying that, "calling women derogatory names is no big deal and you should just deal with it and get over it."

163. He said he counseled McKenzie about the January incident during a meeting on December 5, 2022. Bernazzani noted that the timeline does not add up.

Mayes chimed in and said that Haun was correct. Haun commented that there is a video showing Bernazzani laughing at work and that this would confirm she is not afraid of McKenzie.

164. Haun admitted that he has not made any efforts to put her away from the supervision of McKenzie because "nothing even happened." Reed interjected and said that he (Reed) had been trying to keep McKenzie away from her and that everyone knows not to put them on the schedule together. Haun was visually perturbed by Reed's comment. When Bernazzani tried to speak during this meeting, Haun was speaking over her or tell her to stop talking.

165. On March 7, 2024, Bernazzani met with Maj. Herrera to discuss the incidents of sexual harassment, discrimination, and retaliation from McKenzie and SOLKOA. Hererra gave her a work excuse to take the rest of the day off. On March 8, 2024, Herrera texted saying she would investigate the harassment and follow up with her.

166. On March 10, 2024, Bernazzani took PTO from the stress of harassment and discrimination. That same day, she filed a complaint online with the OFCCP.

167. On March 13, 2024, Reed apologized for the meeting the previous week held with Haun and Mayes. Reed told her he knew what it was like to have panic attacks and that he would keep McKenzie away from her. Around 2:30 p.m.,

Bernazzani walked to her car to go home. McKenzie was parked next to her and standing by her car. He began laughing and talking to a fellow co-worker and stared at Bernazzani. She turned around went to the office and asked someone to walk her to her car. An employee from the office, Mickey Ross, walked her to her car. McKenzie walked around to the passenger side of his car and was glaring at her through the window.

168. On March 14, 2024, Jermaine Sanders ("Sanders") from Human Factors approached Bernazzani and asked if she was okay. Bernazzani responded no, because McKenzie was still harassing her and the SOLKOA leadership was doing nothing to keep him away from her. Sanders responded that SOLKOA is keeping McKenzie away from her. Bernazzani told him that is not true and informed Sanders of McKenzie's behavior the day before in the parking lot.

169. On March 14, 2024, Mehm observed Bernazzani's round without her knowledge. After her round, he walked to her hut with a yellow legal pad filled with notes from observing the round. She told him that she would be more comfortable if another person was in the room to witness the meeting. Bernazzani left to ask Perkins if he would sit in the meeting. Mehm became very angry and asked her, "Are you accusing me of something." Bernazzani told him that that's just what she would like to happen. Perkins came in the room and stood by the corner. Mehm was very unprofessional and stormed out of the room.

170. Later that day, Kohler approached Bernazzani and said, "I am concerned about bad rumors I am hearing about you from Mehm." And said, "she wanted to really know what is going on." Bernazzani said she is not okay because SOLKOA leadership was not doing anything to protect her but was instead disparaging her. Kohler said she wanted to know more details but Bernazzani did not want to talk because of the surveillance cameras.

171. On March 18, 2024, Haun sent a text message to Bernazzani requesting her to call him. She called him. During the call, Haun offered to move her to the academics section. Haun acknowledged that there had been harassment from McKenzie.

172. Bernazzani corresponded with Kellogg via text. He told her he gave Mayes a statement the day he witnessed McKenzie's inappropriate behavior and disparaging remarks to her. Dash nor any other SOLKOA supervisor followed up with Kellogg.

173. On March 20, 2024, Reed and Mayes met Bernazzani in the BC break room. Both apologized to Bernazzani about the last meeting. Reed and Mayes gave Bernazzani assurances that they will keep her and McKenzie apart on the work schedule. Bernazzani told them the last meeting was Haun's way of intimidating her from speaking about harassment and discrimination. Reed and Mayes admitted that Haun had no intention of hearing her complaints. Bernazzani would go on to

tell them: 1) McKenzie has a pending criminal charge; 2) SOLKOA knew this as early as November 30, 2024; 3) McKenzie waited for her by her car in the parking lot and 4) it was inappropriate for them to allow McKenzie to work in the same vicinity as her. Reed offered to move Bernazzani to academics to relieve her from the stress and anxiety of working around McKenzie.

174. The following day, March 21, 2024, Bernazzani was walking along with other instructors toward the camp gate as their shift had ended. Haun was waiting for her outside the camp gate. Standing behind a truck in the tree line he motioned towards her and said, "come over here, you don't want them to hear your business." Meaning he didn't want the other instructors to hear what he was about to say to her. Bernazzani rejected his offer to go behind the truck, wanting to remain visible to any witnesses for what she feared Haun may do or say to her. All the instructors drove away from the premises, except for Reed and Mayes. They both stood off to the side and did not speak. Haun asked if Bernazzani "wanted mediation" with McKenzie. Haun became frustrated when she said that mediation did not work the first time.

175. Haun told Bernazzani he had done everything he could for her but his investigation resulted in no wrongdoing from McKenzie. Bernazzani responded by saying that she: 1) was sick of him pretending like he took her complaints seriously; 2) sick of him ambushing her when discussing McKenzie; 3) talking to

her poorly; 4) taking things out of context; 4) gaslighting her and 5) that she was tired of personnel pretending to keep McKenzie away from her.

176. Haun responded by saying, “All you want is Mack fired, but he hasn’t done anything to you.” “Mack is extremely professional, safe with students, and you are wrong for saying otherwise.” Haun went on to add, “the ‘client’ approves of the ‘product’ Mack provides and Mack is what ‘they’ want.” Haun continued to say that Mack “did the right thing” making an investigation unnecessary. Haun repeatedly told Bernazzani that she is not satisfied and unreasonable. Bernazzani replied saying that SOLKOA needs policies and procedures to ensure that investigations are held by a neutral employee so complaints are not ignored (Haun is the EO rep for SOLKOA). Haun told her, “Nothing is ever good enough for you.” Bernazzani ended the conversation by saying that he could not keep her quiet about the discrimination like the others (pointing to Reed and Mayes). Haun again offered her academics and then drove away.

177. On April 7, 2024, Bernazzani was working on the B Block alone while other instructors were in their huts. Haun approached Bernazzani. Bernazzani asked him, “Is there anything I can help you with?” Haun sat down next to Bernazzani. Haun’s leg was touching hers and asked, “Does that bother you?” Bernazzani stood up and proceeded with her duties. Haun stood up and as instructors came out of their huts, he walked away.

178. On March 10, 2024, McKenzie was sent home for sexually harassing another female instructor named, Brooke Kohler. Per Kohler, McKenzie did not want to work with her because she is a woman. Haun told Kohler, "there is nothing I can do about McKenzie."

179. On April 17, 2024, Reed told Bernazzani she would be moving to Academics soon and they are waiting on Haun's approval.

180. In May 2024, Haun increased scrutiny of Bernazzani's performance. On one occasion, Bernazzani caught Haun watching recordings of her work performance in the Benjamin Complex.

181. On May 1, 2024, Instructor Mickey Ross told Bernazzani that Haun was asking him why his name appeared in her EEOC charge and corresponding timeline. Ross said he told Haun to email him a statement with his position. Ross seemed worried he would be fired.

182. From May 1 through June 13, 2024, Mayes left Bernazzani off of the work schedule multiple times. This had not happened before. This created uncertainty for Bernazzani as she did not know when she would be able to work to provide for her family.

183. On May 10, 2024, Ross told Bernazzani that Haun spoke with him about his statement in response to the EEOC charge. Haun read the charge and wanted Ross to provide more specific details. Haun began asking Ross if he

actually completed SERE training qualifying him to be a SERE instructor.

184. On May 14, 2024, Instructor Bobby Jones admitted to Bernazzani that he complained to Haun about aggressive and threatening behavior from McKenzie. Haun responded by saying that McKenzie is the kind of instructor SOLKOA wanted and that he would not stop his inappropriate behavior.

185. On May 28, 2024, Haun held a meeting with all supervisors to discuss what he called all the "legal issues" SOLKOA was facing.

186. On May 31, 2024, a co-worker, Hampson, texted Bernazzani, saying that "rumors were going around and she had experienced retaliation and harassment from Haun.

187. On June 2, 2024, Bernazzani asked Quinones to have another assignment He placed her on table duty.

188. On June 14, 2024, Combs responds to Bernazzani's emailed complaint of retaliation she sent on June 7, 2024.

189. On June 14, 2024, Combs emails Bernazzani a letter of termination stating that SERE leadership requested her firing.

190. Bernazzani was harassed by McKenzie because of her sex.

191. The harassment she experienced was sufficient to alter the terms and conditions of her employment.

192. SOLKOA knew about the harassment Bernazzani was receiving from

McKenzie but did not take measures to prevent the harassment from occurring further.

193. SOLKOA was motivated to terminate Bernazzani's employment because of her sex, even though other factors, known or unknown to her, may also have motivated it to act as it did. 42 U.S.C. §2000e-2(m).

194. Bernazzani has experienced loss of wages and other damages because of SOLKOA's unlawful conduct.

195. SOLKOA cannot demonstrate that Bernazzani would not have suffered losses had it not been motivated, at least in party, by her sex. 42 U.S.C. §20003-5(g)(2)(B).

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff requests that this Court adopt jurisdiction of this action and award Plaintiff the following relief:

a. Enter a declaratory judgment that Defendants policies, practices and procedures complained of herein have violated and continue to violate the rights of the Plaintiff as secured by Title VII;

b. Grant Plaintiff a permanent injunction enjoining Defendant, its Agents, Successors, Employees, Attorneys, and those acting in concert with Defendant or at the Defendant's request from violating Title VII;

c. Grant Plaintiff an Order requiring the Defendant to make her whole by granting appropriate declaratory relief, compensatory damages (including damages for mental anguish), back pay, front pay, punitive damages, interests, attorney fees, expenses, costs; and

d. Plaintiff prays for such other, further, different or additional relief and benefits as justice may require.

## COUNT TWO
## PLAINTIFF'S CLAIMS OF TITLE VII RETALIATION

196. While working the night shift on November 29, 2022, Bernazzani and McKenzie were assigned to work together. McKenzie was assigned to perform the "senior role" and Bernazzani was assigned to perform the "support role."

197. McKenzie did not want Bernazzani to perform the support role. McKenzie attempted to convince his supervisor, Martin, to remove her from the role but was unsuccessful. McKenzie accused Bernazzani of lying about her qualifications to get the role. McKenzie said, "No offense but someone like you is not capable of doing this job."

198. Bernazzani attempted to respond to his accusation of lying, when abruptly, McKenzie raised his hand to her mouth and told her "shush" and to "stop getting emotional."

199. The next day, November 30, 2022, Bernazzani sent a text to her

supervisor, Mayes, to talk about the incident the night before. On the call, Bernazzani informed Mayes of the treatment from McKenzie and complained that his behavior was discriminatory based on her sex. Mayes responded, "McKenzie has a history of sexist behavior." During the conversation, Mayes told Bernazzani her plans to: 1) request a write-up from McKenzie's supervisor regarding the incident; 2) meet with McKenzie and his supervisor due to his history of discrimination against women in the workplace and 3) his history of discrimination against women would include Mayes herself.

200. On December 5, 2022, Mayes, McKenzie, Martin, and Bernazzani met in the BC breakroom. The meeting focused on the discriminatory behavior from McKenzie on November 29, 2022. McKenzie denied treating Bernazzani in a sexist manner and began screaming and slamming his hands on the table. Bernazzani and Mayes left the meeting due to McKenzie's violent outbursts.

201. After leaving the meeting, Bernazzani told Mayes she was afraid of McKenzie retaliating against her. Bernazzani sent Mayes the requested write up she suggested via email and text.

202. On January 12, 2023, Instructor Bigelow told Bernazzani to go to the "Yard" to watch McKenzie give training.

203. Bigelow yelled to McKenzie, "A female instructor" is going to join.

204. McKenzie retorted, "I love all females." But when he saw Bernazzani

as "the female instructor," he became aggressive and screamed, "hell no, send it back" and "heifer."

205. Mayes asked Bernazzani for a statement. Mayes assured Bernazzani that McKenzie would not be a trainer any longer due to his behavior. Supervisor, Quinones, took over as McKenzie's supervisor and Mayes discussed his behavior with him. Mayes told Bernazzani, "McKenzie is done and you will not need to worry about him anymore."

206. Bernazzani reported McKenzie running her off the road to Mayes. Mayes reported the incident to Reed. Reed scolded Bernazzani for reporting and complaining about McKenzie. Reed stated, "It's your word against his." Bernazzani told Reed that she did not feel safe working around McKenzie and that if he did not remedy the situation, she wanted to go home. Reed said, "No because 11 people have already called out today."

207. SERE Program Manager, Haun, asked Bernazzani about McKenzie and the incident. Reed soon followed and apologized to Bernazzani for the way he talked to her earlier. Haun walked with Bernazzani to view the gravel road where the incident occurred. Haun told Bernazzani that he could not help her because there were no witnesses and it was her word against his.

208. Bernazzani told Haun she was afraid of McKenzie. Haun asked Bernazzani if he separated she and McKenzie, if she would be able to stay.

Bernazzani agreed to that proposed arrangement.

209. After her work shift ended, Bernazzani reported the driving incident with McKenzie to the police on base at the Military Police Station. A federal investigation was conducted. McKenzie was charged with Harassment and Reckless Endangerment. SOLKOA was informed of the charges.

210. Around November 8, 2023, while taking laundry to the Benjamin Complex laundry room, Bernazzani suffered a panic attack in fear of being around McKenzie. She told Mayes about the panic attack and that she wants to go home for the rest of the shift. Reed spoke to Bernazzani saying that he would ensure that McKenzie would not come near here again.

211. On November 26, 2023, Bernazzani was assigned to what is known as "A block". McKenzie made the decision to train an employee in her block. This was out of McKenzie's scope for that day. He was assigned to work in a different position and area for that day.

212. Bernazzani told Mayes that McKenzie was too close and should be working in a different area. Mayes told her to stop complaining and that it was not an issue for him to work in her area. Bernazzani told Mayes that she was ensured that he would not be around her and was encouraged to complain if he came near her.

213. Later during the work shift, Mayes came back to Bernazzani's area

and escorted McKenzie away. Mayes and McKenzie walked away talking and laughing about the situation. Bernazzani told Mayes that her response was inappropriate considering her complaints of sexual harassment regarding McKenzie. She said that McKenzie's supervisor approved him to train students in my area for that day.

214. Around January 3, 2024, Bernazzani was working in the supply office when Haun asked to talk to her outside. Haun asked if she had updates regarding the police report she filed against McKenzie. He said that an investigator spoke to him and Mayes. He mentioned the Yard incident and said that no one supported her side of the story, only McKenzie's. He stated no SOLKOA supervisors talked to McKenzie about the complaint or told him to stay away from her. He went on to say, "at this point it's your word against his," and "there's nothing we can do for you." Bernazzani told Haun about the recent "A block" incident with McKenzie. Haun said he was not aware of it but to report directly to him if McKenzie.

215. On February 29, 2024, Mehm and McKenzie were supervising and observing Bernazzani's work performance. Mehm said he would evaluate her work performance but had something else to do and someone else would have to evaluate her. Consequently, McKenzie evaluated her work performance. After her shift ended, Bernazzani texted Haun and complained that McKenzie's evaluation of her performance was inappropriate because of his sexual harassment.

Bernazzani told Haun that if McKenzie would now be her supervisor, that she wanted to be moved to a different section. Haun retorted, "I know about the supervision and you will not be moved."

216. On March 6, 2024, an attorney representing Bernazzani sent a letter to SOLKOA requesting that the company stop retaliating against her.

217. On March 6, 2024, Haun, Reed, and Mayes called Bernazzani into the BC break room for a meeting. Haun told Bernazzani that she needed to stop complaining and that he would no longer accept her complaints. Haun emphatically said that, "I do not believe your inaccurate complaints." Additionally, he said, "You should stop saying that the Yard and Car incidents happened." Haun would go on to say that he investigated and McKenzie did nothing wrong. Further, he said there were no witnesses to support Bernazzani. Despite these emphatic denials from Haun, he would later tell Bernazzani that McKenzie apologized to him for the Yard incident. Haun continued by saying that, "calling women derogatory names is no big deal and you should just deal with it and get over it."

218. Haun admitted that he has not made any efforts to put Bernazzani away from the supervision of McKenzie because "nothing even happened." Reed interjected and said that he (Reed) had been trying to keep McKenzie away from her and that everyone knows not to put them on the schedule together. Haun was visually perturbed by Reed's comment. When Bernazzani tried to speak during this

meeting, Haun was speak over her or tell her to stop talking.

219. On March 7, 2024, Bernazzani met with Maj. Herrera to discuss the incidents of sexual harassment, discrimination, and retaliation from McKenzie and SOLKOA. Hererra gave her a work excuse to take the rest of the day off. On March 8, 2024, Herrera texted saying she would investigate the harassment and follow up with her.

220. On March 10, 2024, Bernazzani took PTO from the stress of harassment and discrimination. That same day, she filed a complaint online with the OFCCP. The OFCCP responded telling her to contact the EEOC.

221. On March 12, 2024, Bernazzani met with an attorney in the JAG office at Ft. Novosel. Bernazzani informed the attorney of SOLKOA trying to intimidate her from talking about the harassment. He suggested she obtain a protective order from the local sheriff's office.

222. On March 12, 2024, Bernazzani met with the Equal Employment Opportunity representative at Ft. Novosel to report the harassment, discrimination, and retaliation from SOLKOA. The representative said that they do not get involved with civilians who have complaints against federal contractors. The representative referred her to the Department of Labor.

223. On March 13, 2024, Reed apologized for the meeting the previous week held with Haun and Mayes. Reed told her he knew what it was like to have

panic attacks and that he would keep McKenzie away from her. Around 2:30 p.m., Bernazzani walked to her car to go home. McKenzie was parked next to her and standing by her car. He began laughing and talking to a fellow co-worker and stared at Bernazzani. She turned around went to the office and asked someone to walk her to her car. An employee from the office, Mickey Ross, walked her to her car. McKenzie walked around to the passenger side of his car and was glaring at her through the window.

224. Bernazzani went to the police station to obtain a protective order. The police station did not issue one because it did not think it had jurisdiction over the matter. She then called the Military Police who recommended she go the Equal Employment Opportunity rep at Fort Novosel. She took their advice and the EEO office said they cannot assist with federal contractors. Therefore, Bernazzani went to the EEOC.

225. The following day, March 21, 2024, Bernazzani was walking along with other instructors toward the camp gate as their shift had ended. Haun was waiting for her outside the camp gate. Standing behind a truck in the tree line he motioned towards her and said, “come over here, you don’t want them to hear your business.” Meaning he didn’t want the other instructors to hear what he was about to say to her. Bernazzani rejected his offer to go behind the truck, wanting to remain visible to any witnesses for what she feared Haun may do or say to her. All

the instructors drove away from the premises, with the exception of Reed and Mayes. They both stood off to the side and did not speak. Haun asked if Bernazzani "wanted mediation" with McKenzie. Haun became frustrated when she said that mediation did not work the first time.

226. Haun told Bernazzani he had done everything he could for her but his investigation resulted in no wrongdoing from McKenzie. Bernazzani responded by saying that she was sick of him: 1) pretending like he took her complaints seriously; 2) ambushing her when discussing McKenzie; 3) talking to her poorly; 4) taking things out of context; 4) gaslighting her; and 5) pretending to keep McKenzie away from her.

227. Haun responded by saying, "All you want is Mack fired, but he hasn't done anything to you." "Mack is extremely professional, safe with students, and you are wrong for saying otherwise." Haun went on to add, "the 'client' approves of the 'product' Mack provides and Mack is what 'they' want." Haun continued to say that Mack "did the right thing" making an investigation unnecessary. Haun repeatedly told Bernazzani that she is not satisfied and unreasonable. Bernazzani replied saying that SOLKOA needs policies and procedures to ensure that investigations are held by a neutral employee so complaints are not ignored (Haun is the EO rep for SOLKOA). Haun told her, "Nothing is ever good enough for you." Bernazzani ended the conversation by saying that he could not keep her quiet

about the discrimination like the others (pointing to Reed and Mayes). Haun again offered her academics and then drove away.

228. On April 25, 2024, SOLKOA received formal notice from the Department of Labor and a letter from Bernazzani's attorney concerning her EEOC charge outlining harassment, discrimination, and retaliation. SOLKOA received a written timeline of her claims of discrimination.

229. From May 1 through June 13, 2024, Mayes left Bernazzani off of the work schedule multiple times. This had not happened before. This created uncertainty for Bernazzani as she did not know when she would be able to work to provide for her family.

230. At SOLKOA, instructors receive what is known as a "downcycle." A downcycle is a one to two week period of off time instructors have annually. A downcycle is government mandated time off. In 2024, Bernazzani's downcycle was scheduled for May 5 – May 17. This would require Bernazzani to be out of her role as a SERE instructor and have no contact with students. However, around May 5, 2024, Mayes abruptly cancelled Bernazzani's downcycle. Upon information and belief, Mayes cancelled her downtime in retaliation for filing her EEOC charge of discrimination.

231. Around May 16, 2024, Haun called and requested various instructors give interviews and statements in response to Bernazzani's EEOC charge. Haun

told instructors to “either give a statement or opt out of the EEOC investigation.”

232. On May 19, 2024, Bernazzani reported a serious violation committed by a SERE student. She reported the violation to Instructors Bigelow, Mayes, and Sergeant First Class, Morris.

233. On May 28, 2024, Haun held a meeting with all supervisors to discuss what he called all the “legal issues” SOLKOA was facing.

234. On June 4, 2024, SOLKOA sent a “Command Survey” to personnel to complete. Bernazzani completed the form and addressed her concerns about SOLKOA’s lack of policies and procedures to ensure discrimination, harassment, and retaliation do not occur in the workplace.

235. On June 4, 2024, Bernazzani emailed Combs, Haun, Reed, and Mayes. In the email, she complained that her lack of support regarding the reported student violation was retaliation for her previous complaints of discrimination.

236. On June 7, 2024, Bernazzani emailed Combs, Haun, Reed, and Mayes about the retaliation and hostile incident she experienced at the PGD building, along with a summary of the incident.

237. On June 12, 2024, Haun and Mayes told Bernazzani to take unpaid leave for the days that she is not on the work schedule. Bernazzani sent a group text for discussing the treatment she was receiving from supervisors concerning her timecard.

238. On June 12 and 13, Bernazzani complained to Haun and Combs, via email and text that SOLKOA was failing to pay employees Paid Sick Leave and Paid Time Off under the Service Contract Act and the Fair Labor Standards Act.

239. On June 13, 2024, Mayes changed SOLKOA's PTO policy. The new policy was that Operations weeks with students, must take 10 hours of PTO for any days taken off for that week. Bernazzani responded to the policy with concerns of not being compensated for overtime. Mayes responded by texting that SOLKOA does not have overtime. Bernazzani sent Mayes the Department of Labor Service Contract Act requirements.

240. On June 14, 2024, Combs responds to Bernazzani's emailed her complaint of retaliation she sent on June 7, 2024.

241. Approximately 41 minutes later, Combs emails Bernazzani a letter of termination stating that SERE leadership requested her firing.

242. Bernazzani engaged in protected activity by complaining numerous times to SOLKOA about sexual harassment and discrimination. Additionally, Bernazzani complained to several governmental agencies during her tenure with SOLKOA.

243. SOLKOA's termination of Bernazzani was in retaliation for making these complaints of harassment and discrimination.

244. Bernazzani brings this retaliation claim pursuant to the causation

standard for Title VII retaliation claims described by the *Supreme Court in Univ. of Tex. SW. Med. Cntr. V. Nassar*, 570 U.S. 338, 360 (2013).

245. While multiple factors, known or unknown to Bernazzani, may have motivated SOLKOA to act as it did, Bernazzani would not have suffered the harm which she did but for SOLKOA's retaliatory motivation.

246. Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs alleged herein and this suit for back pay, front pay, compensatory damages, punitive damages, attorney's fees, injunctive relief and declaratory judgment is her only means of securing adequate relief.

247. Plaintiff is now suffering and will continue to suffer irreparable injury from Defendant's unlawful policies and practices as set forth herein unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff requests that this Court adopt jurisdiction of this action and award Plaintiff the following relief:

a. Enter a declaratory judgment that Defendant's policies, practices and procedures complained of herein have violated and continue to violate the rights of the Plaintiff as secured by Title VII of the Civil Rights Act of 1964, as amended;

b. Grant Plaintiff a permanent injunction enjoining Defendant, its Agents, Successors, Employees, Attorneys, and those acting in concert with Defendant or at

the Defendant's request from violating Title VII of the Civil Rights Act of 1964, as amended;

c. Grant Plaintiff an Order requiring the Defendant to make her whole by granting appropriate declaratory relief, compensatory damages (including damages for mental anguish), back pay, front pay, punitive damages, interests, attorney fees, expenses, costs; and

d. Plaintiff prays for such other, further, different or additional relief and benefits as justice may require.

**COUNT THREE**

**PLAINTIFF'S RETALIATION CLAIM UNDER THE FAIR LABOR STANDARDS ACT**

248. Bernazzani, a female, was, at all times relevant to this Complaint, an "employee" of SOLKOA as that term is defined under the Fair Labor Standards Act, 29 U.S.C. §203(e)(1).

249. Bernazzani was engaged in interstate commerce in connection with her employment with SOLKOA.

250. SOLKOA is an "employer" within the meaning of the Fair Labor Standards Act, 29 U.S.C. §203(d).

251. SOLKOA operates a worksite at Fort Novosel, AL.

252. SOLKOA provides SERE instruction to students through service contracts with the United States Government.

253. Per the U.S. Department of Labor, "All of the employees worked on a Government Contract. The contract was an Order for Supplies or Services in excess of $2,500, which was covered under the McNamara-O'Hara Service Contract Act of 1965." "Bart Combs, President, met the definition of a 3(d) employer. Mr. Combs was involved in the daily operations of the business, had the ability to hire and fire employees, gave instructions to employees and acted in the interest of the enterprise."

254. Beginning in August 2021, SOLKOA employed Bernazzani. Around January 2022, Bernazzani became a SERE-C student instructor with SOLKOA.

255. On June 12 and 13, 2024, Bernazzani complained to Haun and Combs, via email and text, that SOLKOA was failing to pay employees Paid Sick Leave and Paid Time Off under the Service Contract Act and the FLSA.

256. On June 14, 2024, Bernazzani was fired by Combs.

257. A Department of Labor investigation was conducted in the summer of 2024 concerning Bernazzani's complaints.

258. Based on the investigation, Combs paid back wages totaling $265, 336.78 to 94 employees.

259. The Fair Labor Standards Act protects employees who have filed "any complaint." 29 U.S.C. § 215(a)(3).

260. The phrase "filed any complaint" contemplates some degree of

formality such that the recipient has been given fair notice that a grievance has been lodged and does, or should, reasonably understand the matter as part of its business concerns. *Kasten v. Saint-Gobain Performance Plastics Corp*., 563 U.S. 1, 13 (2011).

261. One day after Bernazzani complained about various wage violations to Combs, Combs fired her.

262. Bernazzani had whistleblower protection with the Department of Labor as a named claimant for Wage and Hour violations.

263. In late 2024, Bernazzani filed for unemployment benefits with the State of Alabama. She began receiving unemployment payments in late 2024.

264. In January 2026, the State of Alabama reported to Bernazzani that they were investigating her for fraudulently claiming unemployment because SOLKOA listed Bernazzani as "re-hired."

265. The State of Alabama terminated Bernazzani's benefits.

266. After an investigation by Bernazzani, when SOLKOA repaid the back wages to the 94 employees — including Bernazzani — it entered the employee information into a "payment portal" with the State of Alabama. SOLKOA took this opportunity to enter Bernazzani as "re-hired" and submit her back wages and classify them as her then current paycheck, although she had been fired months earlier. The same date SOLKOA was ordered to login to the portal

and re-pay the backwages, was, the same day it logged into the portal and labeled Bernazzani as re-hired.

267. Additionally, by verbal admission of the State of Alabama Unemployment Office, SOLKOA verbally confirmed when asked that it had re-hired Bernazzani, when in reality, this is a complete falsehood.

268. SOLKOA terminated Bernazzani for filing complaints about Wage and Hour violations with the Department of Labor.

269. SOLKOA later falsely claimed that Bernazzani had been re-hired to the Alabama Unemployment Office.

270. This caused Bernazzani harm by having her unemployment benefits stripped from her.

WHEREFORE, Plaintiff seeks the following relief: An award of back pay and an equal amount in liquidated damages; an order of reinstatement or front pay in lieu thereof; liquidated damages equal to the back pay award; compensatory damages in an amount to be determined by a jury; attorneys' fees, expenses and costs; such other legal or equitable relief as appropriate to effectuate the purposes of Section 215(a)(3).

**PLAINTIFF HEREBY REQUESTS TRIAL BY STRUCK JURY**

*/s/ Nicole Davis Edwards*

State Bar ID No: ASB-4832-B19D
*/s/ Blake Clifton Edwards*
State Bar ID No: ASB-5200-T60B
*Attorneys for Plaintiff*
EDWARDS & EDWARDS
ATTORNEYS AND MEDIATORS, PLLC
3603 Pine Lane, Suite B
Bessemer, Alabama 35022
Tel: (205) 549 – 1379
Fax:(205) 719 – 4033
E-mail: nicole@edwardsattys.com
blake@edwardsattys.com

**PLAINTIFF'S ADDRESS:**
Ms. Melissa Bernazzani
Edwards & Edwards Attorneys and Mediators, PLLC
3603 Pine Lane, Suite C
Bessemer, AL 35022

**PLEASE SERVE DEFENDANT AT THE FOLLOWING ADDRESS:**
SOLKOA, INC.
c/o Barton Ghent Combs
11 Escondido Valle
Manitou Springs, CO 80829